**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 7 |
| MARK HARRIS SURKIN | CASE NO. 22-11276-ELF |
| Debtor | |

REJECTION OF APPOINTMENT

I HEREBY REJECT the appointment as Interim Trustee in the above captioned case.

_____/s/ Gary F. Seitz\_\_\_\_\_
Gary F Seitz, Ch 7 Interim Trustee

DATED:__5/19/2022__

559950v1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 7
                                          :
                                          :        Bankruptcy No. 22-11276-ELF
MARK HARRIS SURKIN                        :
                                          :
                                          :
        Debtor                            :

REPORT OF TRUSTEE AND
ORDER APPROVING TRUSTEE'S REPORT
AND DISCHARGING TRUSTEE

AND NOW, this 19th day of May, 2022, the following report was made:

1. The below named person was duly appointed to serve as the interim trustee pursuant to Sec. 701 of Title 11 U.S.C.
2. A meeting of creditors has been held in the above matter pursuant to Sec. 341 of Title 11 U.S.C. and the meeting was concluded.
3. At the meeting of creditors a trustee was not elected pursuant to Sec. 702 of Title 11.U.S.C.
4. The debtor(s) was examined by any creditor, indenture trustee, or any other party in interest.
5. Debtor's counsel's disclosure statement indicated a total fee of : $
6. The trustee has fully and properly administered all of the assets in connection with the Estate pursuant to section 704 of the Bankruptcy Code.
7. The trustee requests that this Report be approved as a final report and account and that the Trustee be discharged from office.

_____
Gary F. Seitz, Trustee

ORDER

AND NOW, this 19th day of May, 2022,, it appearing that the Trustee in the above entitled matter has filed a report of assets and that the Trustee has performed all other duties required in the administration of the Debtor's estate.

It is ORDERED that the report be and is hereby approved; that the Trustee be discharged and relieved of any trust; and this case be, and the same hereby is closed.

_____
Bankruptcy Judge

559950v1